IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER<br>DATA BREACH SECURITY LITIGATION | )<br>)  MDL No. 1:19md2915 (AJT/JFA)<br>)<br>) |
| This Document Relates to:  1:19-cv-02955 | )<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Kimberly Barnes, Devon Reid, Amanda Comonte, Michael Lewis, Crystal Biggs, Bret Glidewell, Joseph Cook, and David Curto, hereby dismisses their claims in the above-captioned action in their entirety, without prejudice as to their ability to submit a claim as an absent class member in the event of a future recovery in this action.  This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Respectfully submitted,

Dated: June 22, 2020

By:     */s/ Steven T. Webster*
Steve T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404
Alexandria, VA 22314
Telephone: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

By:     /s/ Michael A. Yoder
Michael A. Yoder  (VSB No. 93863)
**SLOCUMB LAW FIRM, LLC**
1225 I Street NW, Suite 550A
Washington, DC 20005
Telephone: (202) 737-4141
myoder@slocumblaw.com

So Ordered

Anthony J. Trenga   06/23/2020
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Michael A. Yoder
Michael A. Yoder  (VSB No. 93863)
SLOCUMB LAW FIRM, LLC